PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Hardwrich**                                **Docket No. 7:22-CR-88-1M**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Anthony Hardwrich, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 1st day of July, 2024.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a condition of his pretrial release, the defendant was placed on Home Incarceration with electronic monitoring which restricts him to 24-hour-a-day lock-down at his residence except for medical necessities and court appearances or other activities specifically approved by the court. The court made a specific allowance for attorney visits, and as the defendant is also under a term of supervision with the State of North Carolina, it is recommended that the court specifically allow the U.S. Probation Office to approve visits with his state probation officer.

## PRAYING THAT THE COURT WILL ORDER

- Upon the approval of the U.S. Probation Office, the defendant is allowed to leave his residence for scheduled meetings with his state probation officer.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Caroline M. O'Reilly
Caroline M. O'Reilly
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2030
Executed On: July 9, 2024

## ORDER OF THE COURT

Considered and ordered the ___*10*___ day of ___*July*___, 2024, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge