UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:22-CR-88-1M

USA, Plaintiff )
)
VS. ) ORDER
)
ANTHONY HARDWRICH, Defendant. )

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors on January 28, 2025 (DAY 1). The cost of these meals totals $147.99, plus tip in the amount of $15.00 for a total of $162.99. The clerk is DIRECTED to pay **Domino's Pizza** the sum of $162.99 using the Court's purchase credit card.

SO ORDERED this the 28th day of January, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE