UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No: 7:22-CR-88-1M

UNITED STATES OF AMERICA

vs.

**ORDER**

ANTHONY HARDRICH

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on January 28, 2025, be turned over to the case agent, James Byers, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 13 | Physical Drugs |
| 14 | Physical Drugs |

This 28th day of January, 2025.

_____
Richard E. Myers II
Chief United States District Judge

Agent's Signature: _____